

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

BHP BILLITON MARKETING INC.,

              Plaintiff,

- against -

JEBSENS TRANS-PACIFIC SHIPPING SERVICE
AS BERGEN NORWAY a/k/a JEBSENS
TRANS-PACIFIC SHIPPING SERVICES AS
and KRISTIAN JEBSENS REDERI AS,

              Defendants.
------------------------------------------------------------x

08 CV 0533

ECF CASE



**DISCLOSURE OF INTERESTED PARTIES**
**PURSUANT TO FEDERAL RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: January 22, 2008
       New York, NY

                          The Plaintiff,
                          BHP BILLITON MARKETING INC.

                          By: _____
                          Patrick F. Lennon
                          Nancy R. Peterson
                          LENNON, MURPHY & LENNON, LLC
                          The Gray Bar Building
                          420 Lexington Ave., Suite 300
                          New York, NY 10170
                          (212) 490-6050
                          facsimile (212) 490-6070
                          pfl@lenmur.com
                          nrp@lenmur.com

