CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
BHP BILLITON MARKETING INC.,            :
                                        :
                                        :
                Plaintiff,              :   08-CV-0533
                                        :
        v.                              :   **NOTICE OF**
                                        :   **APPEARANCE**
JESSENS TRANS-PACIFIC SHIPPING SERVICE  :
AS BERGEN NORWAY a/k/a JESSENS TRANS-   :
PACIFIC SHIPPING SERVICES AS and        :
KRISTIAN JESSENS REDERI AS              :
                Defendants.             :
-----------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

   Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       February 14, 2008

                                    CLARK, ATCHESON & REISERT
                                    Attorneys for Garnishee
                                    Societe Generale New York Branch

                          By:       _____
                                    Richard J. Reisert (RR-7118)
                                    7800 River Road
                                    North Bergen, NJ  07047
                                    Tel: (201) 537-1200
                                    Fax: (201) 537-1201
                                    Email:  reisert@navlaw.com