```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-6-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BHP BILLITON MARKETING INC.,

          Plaintiff,

  - against -

JEBSENS TRANS-PACIFIC SHIPPING SERVICE
AS BERGEN NORWAY a/k/a JEBSENS
TRANS-PACIFIC SHIPPING SERVICES AS
and KRISTIAN JEBSENS REDERI AS,

          Defendants.
-----------------------------------------------------------X

08 CV 533 (RMB)

ECF CASE

**NOTICE OF
VOLUNTARY
DISMISSAL**

Please take notice, there having been no appearance from the Defendants that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

The attachment is hereby vacated and all garnishee banks, including but not limited to, Bank of America, are directed to immediately release Defendant(s)' funds which they restrained pursuant to the Ex-Parte Order(s) issued in the instant action to the Defendant(s) at the following account:

Sparebanken Vest
P.O. Box 7999
5020 Bergen
Norway
SWIFT: SPAVNOBB
IBAN: NO6036259491554
Jebsens Trans-pacific Services

Dated: March 6, 2008
      Southport, CT

THE CLERK TO CLOSE THIS CASE.

SO ORDERED
RMB
------------------------------
RICHARD M. BERMAN U.S.D.J.
3/6/08

The Plaintiff,
BHP BILLITON MARKETING INC.

By: _____
Nancy R. Peterson (NP 2871)
LENNON, MURPHY & LENNON, LLC
420 Lexington Ave., Suite 300
New York, NY 10170
Phone (212) 490-6050; Fax (212) 490-6070